IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOBY G. BREON,** | : | **CIVIL ACTION NO. 1:06-CV-2204** |
| Plaintiff | : | |
| | : | **(Judge Conner)** |
| v. | : | |
| | : | |
| **WAYPOINT INSURANCE GROUP,** | : | |
| **INC., et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 26th day of June, 2007, upon consideration of the motion for summary judgment (Doc. 19), filed by defendants Waypoint Insurance Group, Inc. and Sovereign Bancorp, Inc., and of the order of court dated June 11, 2007 (Doc. 31), which directed the aforementioned defendants to file a statement of material facts in support of their motion for summary judgment on or before June 25, 2007, and advised defendants that their failure to do so would "result in the motion for summary judgment (Doc. 19) being deemed withdrawn," and it appearing that a statement of material facts in support of the motion for summary judgment has not been filed as of the date of this order, it is hereby ORDERED that the motion for summary judgment (Doc. 19) is deemed WITHDRAWN.[1]  See L.R. 56.1.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court notes that the dispositive motion deadline in the above-captioned case is July 18, 2007, and that this order does not preclude defendants from filing a motion for summary judgment that is <u>properly supported by a statement of material facts</u> on or before that date.  (See Doc. 30.)