# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOBY G. BREON**, | : | **CIVIL ACTION NO. 1:06-CV-2204** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **WAYPOINT INSURANCE GROUP,** | : | |
| **INC., SOVEREIGN BANCORP., INC.,** | : | |
| **CLAIR ODELL INSURANCE AGENCY,** | : | |
| **LLC, and HUB INTERNATIONAL** | : | |
| **PENNSYLVANIA, LLC,** | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 1st day of May 2008, pursuant to the settlement between Defendant Sovereign Bank, Inc. and Plaintiff, it is hereby ORDERED that Defendant Sovereign Bancorp Inc.'s motion for attorney's fees and costs is DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge